Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
Holly A. Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
sempers@balladrspahr.com
priesth@ballardspahr.com

*Attorneys for Defendant U.S. Bank National Association, As Trustee, Successor in Interest to Bank of America, National Association as Trustee as Successor by Merger to LaSalle Bank, National Association as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2007-OCI Trust*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ITALSPAIN CORPORATION, | 2:16-cv-00308-APG-GWF |
| Plaintiff, | |
| v. | |
| JASON MOORE; THE MORTGAGE STORE FINANCIAL, INC., a California Corporation; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OC1 TRUST; STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT, TRAINING & REHABILITATION, EMPLOYMENT SECURITY DIVISION; and SUMMERLIN HOSPITAL MEDICAL CENTER, | **ORDER** |
| Defendants. | |

## STIPULATION AND ORDER FOR REMAND TO STATE COURT

Defendant U.S. Bank N.A. ("U.S. Bank") and Plaintiff, Italspain Corporation ("Plaintiff"), through their counsel of record, stipulate to remand of this action to state court as follows:

1. This action was originally filed in Nevada State Court. (Docket Entry 1-1.)

2. The Complaint does not allege the citizenship of Plaintiff or any of the defendants. (Id.)

3. U.S. Bank removed the case to this Court based on diversity jurisdiction. (Docket Entry 1.)

4. On March 18, 2016, the Court ordered U.S. Bank to show cause why this action should not be remanded to state court for lack of subject matter jurisdiction. (Docket Entry 12.)

5. On May 27, 2016, the Court granted the parties 90 days to conduct jurisdictional discovery. (Docket Entry 22.)

6. The Court also directed U.S. Bank to file a brief and present evidence to establish, by a preponderance of the evidence, that on the date of removal the parties in this case were diverse and the amount in controversy exceeded $75,000. (Id.)

7. The parties do not believe it would be fruitful to engage in costly jurisdictional discovery and briefing of the jurisdictional issue given the relatively modest amount in controversy.

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

DMWEST #14592925 v1

8. For these reasons, the parties stipulate and agree, subject to the approval of the Court, that this case be remanded to Nevada Eighth District Court Case Number A-15-729282-C.

IT IS SO STIPULATED.

| LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD<br><br>By: /s/ Michael F. Bohn<br>Michael F. Bohn, Esq.<br>Nevada Bar No. 1641<br>376 East Warm Springs Rd., Suite 140<br>Las Vegas, Nevada 89119<br><br>*Attorney for Plaintiff Italspain Corporation* | BALLARD SPAHR LLP<br><br>By: /s/ Justin A. Shiroff<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Justin A. Shiroff<br>Nevada Bar No. 12869<br>Holly Ann Priest<br>Nevada Bar No. 13226<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant U.S. Bank National Association, As Trustee, Successor in Interest to Bank of America, National Association as Trustee as Successor by Merger to LaSalle Bank, National Association as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2007-OCI Trust* |
|---|---|

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 20, 2016

3

DMWEST #14592925 v1